IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RICHARD VEGA VILLAFAÑE<br><br>　Plaintiff,<br><br>　　v.<br><br>CENTRAL GULF LINES, INC.; LMS SHIPMANAGEMENT, INC; INTERNATIONAL SHIPHOLDING, INC.;  THE STANDARD CLUB EUROPE LIMITED<br><br>　Defendants. | CIVIL NO. 15-2961 (JAG) |

## JOINT MOTION REGARDING SETTLEMENT

TO THE HONORABLE COURT:

　　The plaintiff, Richard Vega Villafañe, and the defendants, Central Gulf Lines Inc., LMS Shipmanagement, Inc., and International Shipholding Inc., respectfully state and pray as follows:

1.　　A settlement conference was held with U.S. Magistrate Judge Camille Vélez-Rivé after the scheduling conference held yesterday in Court.

2.　　As consequence of the settlement conference, the parties narrowed their differences and reached a settlement agreement.

3.　　The appearing parties, therefore, ask that the Court take notice of the above, and that the parties be allowed a period of 7 working days to finalize the confidential settlement agreement and release, and, thereafter, move for voluntary dismissal of the action with prejudice.

4.　　The plaintiff had previously consented to the U.S. Magistrate Judge jurisdiction. The appearing defendants hereby confirm that they also consent to the U.S. Magistrate Judge jurisdiction for all remaining proceedings, including entry of final judgment in this matter.

Joint Motion Regarding Settlement                                                                    Page 2
March 18, 2016

       **WHEREFORE,** the appearing parties respectfully request that this motion be granted.

       **RESPECTFULLY SUBMITTED.**

       In San Juan, Puerto Rico this 18 day of March 2016.

| | |
|---|---|
| s/<u>ALEJANDRO BELLVER ESPINOSA</u> | s/<u>MANOLO T. RODRIGUEZ-BIRD</u> |
| USDC-PR NO. 225708 | USDC-PR NO. 203607 |
| Attorney for Plaintiff | Attorney for Defendants |
| BELLVER ESPINOSA LAW FIRM | JIMENEZ, GRAFFAM & LAUSELL |
| COND. EL CENTRO I, SUITE 801 | PO BOX 366104 |
| 500 MUÑOZ RIVERA AVENUE | SAN JUAN, PR  00936-6104 |
| SAN JUAN, PR  00918 | TEL. (787) 767-1030 |
| TEL/FAX (787) 946-5268 | FAX (787) 751-4068 |
| e-mail: abellvere@gmail.com | e-mail: mrodriguez@jgl.com |